IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

**DECEMBER 26, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| MARIAN BAUMANN, | ) |
| Plaintiff, | ) PH  **07 C 7228** |
| v. | ) |
| CHARLES LORD, | ) **JUDGE ZAGEL** |
| Defendant. | ) **MAGISTRATE JUDGE BROWN** |

### DECLARATION OF STEPHEN T. JACOBS

Under penalty of perjury as provided by law, the undersigned certifies pursuant to 28 U.S.C. § 1746 that the following statements are true and correct:

1. The statements made in this declaration are based on my personal knowledge or upon the business records that are maintained by Commanderie D'Amerique de la Confrerie des Chevaliers du Tastevin, Inc. ("Confrerie"). I am one of the custodians of these business records. If called upon to testify to the following facts, I would be competent to do so.

2. My name is Stephen T. Jacobs. I am a member of Confrerie. I am over eighteen years of age.

3. At the time that Marian Baumann's at-will employment with Confrerie ended, her annual salary was $58,000.

Dated: 12/21/07

_____
Stephen T. Jacobs

**DEFENDANT'S EXHIBIT B**