**FILED**

**DECEMBER 26, 2007**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

MARIAN BAUMANN v. CHARLES LORD

Case Number:

PH    **07 C 7228**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant.

**JUDGE ZAGEL**
**MAGISTRATE JUDGE BROWN**

| NAME (Type or print) |
|---|
| Jane M. McFetridge |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/  Jane M. McFetridge |

| FIRM |
|---|
| Jackson Lewis LLP |

| STREET ADDRESS |
|---|
| 320 W. Ohio Street, Suite 500 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60610 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06201580 | (312) 787-4949 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |