**FILED**
**DECEMBER 26, 2007**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number:
MARIAN BAUMANN v. CHARLES LORD

**PH**   **07 C 7228**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Defendant.

**JUDGE ZAGEL**
**MAGISTRATE JUDGE BROWN**

| | |
|---|---|
| NAME (Type or print) | |
| Neil H Dishman | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Neil H. Dishman | |
| FIRM | |
| Jackson Lewis LLP | |
| STREET ADDRESS | |
| 320 W. Ohio Street, Suite 500 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60610 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6281301 | (312) 787-4949 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |