IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MARIAN BAUMANN,** ) | |
| ) | |
| Plaintiff, ) | Case No. 07-7228 |
| ) | |
| v. ) | Judge Zagel |
| ) | |
| **CHARLES LORD,** ) | Magistrate Judge Brown |
| ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that at **10:15 a.m. on Thursday, February 14, 2008**, Defendant will appear before the Honorable James B. Zagel, or any judge sitting in his stead, in Courtroom 2503 and present **Defendant's Unopposed Second Motion for Extension of Time to Answer or Otherwise Plead**, a copy of which is hereby served upon you.

Dated:  February 4, 2008         **CHARLES LORD**

                                 By: /s/ Jane M. McFetridge
                                     One of His Attorneys

Jane M. McFetridge
Neil H. Dishman
Jackson Lewis LLP
320 West Ohio Street, Suite 500
Chicago, IL 60610
(312) 787-4949

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on February 4, 2008, he caused a true and correct copy of the foregoing Notice of Motion to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system, including:

> William Lynch Schaller
> Peter P. Tomczak
> Baker & McKenzie LLP
> Suite 3500
> 130 East Randolph
> Chicago, IL  60601

>> /s/ Neil H. Dishman
>> Neil H. Dishman