IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | |
|---|---|
| MARIAN BAUMANN, ) | |
| ) | |
| Plaintiff, ) | Case No. 07-7228 |
| ) | |
| v. ) | Judge Zagel |
| ) | |
| CHARLES LORD, ) | Magistrate Judge Brown |
| ) | |
| Defendant. ) | |

**STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a), it is hereby agreed by and between the parties that this matter, having been settled, is dismissed with prejudice and without costs.

Dated: April 7, 2008

/s/ Peter P. Tomczak
One of the Attorneys for Plaintiff,
MARIAN BAUMANN

William Lynch Schaller (No. 6181356)
Peter P. Tomczak (No. 6278608)
BAKER & McKENZIE LLP
One Prudential Plaza
130 East Randolph Drive, Suite 3500
Chicago, Illinois   60601
(312) 861-8000


/s/   Neil H. Dishman
One of the Attorneys for Defendant,
CHARLES LORD

Jane M. McFetridge
Neil H. Dishman
Jackson Lewis LLP
320 West Ohio Street, Suite 500
Chicago, IL 60610
(312) 787-4949

CHIDMS1/2610828.2