## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Marian Baumann

                    Plaintiff,

v.                                     Case No.: 1:07–cv–07228
                                                    Honorable James B. Zagel

Charles Lord

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 9, 2008:

      MINUTE entry before Judge Honorable James B. Zagel: Status set for 6/11/2008 is stricken. Pursuant to stipulation, case is dismissed with prejudice and without costs.Civil case terminated. Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.